1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

17

18

19

20

2150 SIGOURNEY JOSSIAH - FRANCIS LEE ASSOCIATION, suing on behalf of THEODORE A. PINNOCK and ITS MEMBERS; and THEODORE A. PINNOCK, an individual,

                                        Plaintiffs,

                v.

NORTH COAST ACUPUNCTURE CENTER; MIRIAM RITA MILLER d.b.a. NORTH COAST ACUPUNCTURE CENTER; VERNON E. BURKS AND BETTY J. BURKS TRUST; and BURKS FAMILY TRUST, DATED 05-23-00,

                                        Defendants.

Civil No.    06-CV-2147 W (CAB)

**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE**

21

22

23

24

25

26

27

28

        Counsel for Plaintiff contacted the Court on February 28, 2007, and represented that the case has settled.  Accordingly, IT IS HEREBY ORDERED:

        1.      A Joint Motion for Dismissal shall be electronically filed on or before **April 11. 2007**.[1]  On the same day the Joint Motion for Dismissal is filed, the proposed order for dismissal, for the signature of the Honorable Thomas J. Whelan, shall be e-

---

        [1]  *See* General Order 550, Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.

1   mailed to the chambers of the Honorable Cathy Ann Bencivengo.[2]

2   2.   If a Joint Motion for Dismissal and proposed order for dismissal are not submitted

3   on or before April 11, 2007, then a Settlement Disposition Conference shall be held

4   on **April 12, 2007**, at **9:00 a.m.** before Judge Bencivengo.  The conference shall be

5   telephonic, with attorneys only.  Counsel for Plaintiff shall initiate and coordinate

6   the conference call.

7   3.   If a Joint Motion for Dismissal and proposed order for dismissal are received on or

8   before April 11, 2007, the Settlement Disposition Conference shall be VACATED

9   without further court order.

10   4.   Early Neutral Evaluation Conference set for March 1, 2007, is VACATED.

12   DATED:  February 28, 2007

14   _____

15   **CATHY ANN BENCIVENGO**
     United States Magistrate Judge

---

28   [2] *See id.* at 13, for the chambers' official email address and procedures on emailing proposed orders.