FILED

2007 MAR 28 AM 8:12

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 2150 SIGOURNEY JOSSIAH - FRANCIS LEE ASSOCIATION, SUING ON BEHALF OF THEODORE A. PINNOCK AND ITS MEMBERS; et al., <br><br> Plaintiffs, <br> v. <br><br> NORTH COAST ACUPUNCTURE CENTER; et al., <br><br> Defendants. | CASE NO: 06-CV-2147 W (CAB) <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE** |

On March 19, 2007, the parties filed a joint motion for an order dismissing this lawsuit with prejudice. Good cause appearing, the Court **GRANTS** the motion.

**IT IS SO ORDERED.**

DATE: March 27, 2007

HON. THOMAS J. WHELAN
United States District Court
Southern District of California

CC: ALL PARTIES